**Exhibit A to the Complaint**

**Location:** Torrance, CA  
**Total Works Infringed:** 42  
**IP Address:** 172.114.37.235  
**ISP:** Spectrum

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: B22A7C436E58C0FFA78DF7DFF1FC7CB5B00AAEBB<br>File Hash:<br>B22858E0F5E12664E5B713F908BA3A2F90D228F6795CB87A93F54407DD7158E2 | 01-04-2023 07:43:56 | Blacked Raw | 12-30-2022 | 01-09-2023 | PA0002389573 |
| 2 | Info Hash: CF36F45DF2833E0C4D10621B285785F4078B05CE<br>File Hash:<br>4A3A50C8A137603AF774B9BE906EE3DE38433461B05B22F5B4FC817E199A4ABC | 12-28-2022 07:47:51 | Vixen | 12-23-2022 | 01-10-2023 | PA0002389606 |
| 3 | Info Hash: 102E275F06CD6433699975512D505CCABC08AC65<br>File Hash:<br>12135BB7D825A793CAEBAE9DD71A7DEF7964928EFC8476214BD93F1CB090D0A9 | 12-24-2022 06:26:04 | Tushy | 12-18-2022 | 01-10-2023 | PA0002389612 |
| 4 | Info Hash: 5D3CD90A21CF1BA66183CA47D9CA49B30D3C19CA<br>File Hash:<br>2A130AF905000D7A6F4CBA401FD8B2412987D1B184DC4D643B1E1DE3007EB952 | 11-30-2022 07:42:43 | Blacked Raw | 11-25-2022 | 12-11-2022 | PA0002384771 |
| 5 | Info Hash: 59273C2580C92D41695C8A1D890F6F4AB3D63299<br>File Hash:<br>C0F97DC824E118F0CA0225BB2C6B6E04DD9B1E2F68E10D364DD9F6F24E2E081F | 10-23-2022 06:54:58 | Vixen | 06-17-2022 | 06-27-2022 | PA0002355040 |
| 6 | Info Hash: 3EE5D80B448A730C574C386E6930A9712ADFD32F<br>File Hash:<br>93875F1E92E75E03DEAFE02068F98DD0008C5C7D06713DF84A6BA77923BD38BB | 10-06-2022 06:48:28 | Blacked | 10-01-2022 | 10-31-2022 | PA0002377817 |
| 7 | Info Hash: 22222AEDE166BF3D39FC7C44DA767A30B57F0599<br>File Hash:<br>3F83F477B001B32ADF4A6CE5858AF085B43D96D2B0354FBBF99FC9F2100417C4 | 09-23-2022 06:49:08 | Tushy | 09-18-2022 | 10-05-2022 | PA0002373759 |
| 8 | Info Hash: AA22F2CD2ED007CE11D1639BA548C9346BDB69AE<br>File Hash:<br>7DE2E3446F60125E2CD3F7313529FA175A0DDC164323F0861FEEA22CAD059647 | 08-22-2022 05:52:00 | Tushy | 08-14-2022 | 08-30-2022 | PA0002367744 |
| 9 | Info Hash: 1A76A113C1D33455F6FB4D100985C9DA1974F425<br>File Hash:<br>3A1FA743DEEE32C83316CCC75083FEBCC7CAAF64D5BE1B92439D792FDBDBA248 | 08-11-2022 02:22:31 | Vixen | 07-22-2022 | 08-30-2022 | PA0002367741 |
| 10 | Info Hash: A40B0A7D3692916FFA8E12429BA885CB1B7250D3<br>File Hash:<br>B15DF277602F5F35EB43EEC0A104A338E0B4968BBA24BE23DE2F572F12C5DD4B | 08-11-2022 02:22:05 | Tushy | 08-07-2022 | 08-29-2022 | PA0002367740 |
| 11 | Info Hash: B2BD02F85748E9B929C507FF7927035B3DB7D9C3<br>File Hash:<br>F5512656E2B6581C621ECB4540F947AD22C4D7282DEBB316F0E72005F6943ADC | 08-02-2022 05:55:07 | Vixen | 07-29-2022 | 08-29-2022 | PA0002367717 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: BB349C1293CF3112B08434A0CD6DB65533E540AE<br>File Hash: A0B82E6D979B02C53F6EF85500D6622928A69DB240883DC1978E9B1601CF5FAB | 07-24-2022 06:01:00 | Vixen | 07-15-2022 | 07-22-2022 | PA0002359477 |
| 13 | Info Hash: E4D5FF974940BB9BE109E06C32B1B451602CA5C8<br>File Hash: C5F8DFC32B7D8EE2BD75BB4F986DA24BEDD0FE8B4456C3D61F20C1F916B40FB2 | 07-15-2022 07:54:46 | Tushy | 07-10-2022 | 07-22-2022 | PA0002359469 |
| 14 | Info Hash: 7904A141CEE0C0AF1E207F32CD1F7997F26B469E<br>File Hash: 26942FF6602A2AD102834A5F74E45EEAD6B7FC7890ECD0A25B20E6E7417FDEEF | 07-01-2022 07:24:23 | Tushy | 06-26-2022 | 07-22-2022 | PA0002359467 |
| 15 | Info Hash: 16617922850097731287FF6D78415BAB4518093D<br>File Hash: EFE8E506427B8ED56EB6E6F75C20485DF65EAB36AA7424130FBC3EA75472D230 | 06-14-2022 07:03:43 | Tushy | 06-12-2022 | 06-27-2022 | PA0002354982 |
| 16 | Info Hash: DF13DBDC5953B38B3E5133F037BCC8E8AF0F468D<br>File Hash: C34BA05DE519722211D78E80F30F1DBCCF669B8F44E350B62FF21AEFD8E95C46 | 05-19-2022 04:43:31 | Blacked | 05-14-2022 | 05-20-2022 | PA0002350380 |
| 17 | Info Hash: D3F024BA551E687B147333701D49D2BBF5E9A45C<br>File Hash: 3CD01300DCC2935123FA4FDEC88C3682CA48853D8A4232E1D9F22BBE35B15917 | 03-24-2022 07:21:48 | Tushy | 03-20-2022 | 03-29-2022 | PA0002342842 |
| 18 | Info Hash: D82B3D04FC3C942F5380175F5BD7A953DBFDBE7C<br>File Hash: E18B9AE8F32CC0841E9389E6353EAF180393E302517BFD010DCA54AC172C2E1C | 03-18-2022 04:42:04 | Vixen | 01-21-2022 | 02-14-2022 | PA0002335466 |
| 19 | Info Hash: AE90C86D911A70368335FF0532A2BF66B9E7FC46<br>File Hash: 03B4DBB838FBDADC0EDCC7B7834A86C080469CCDF9136BD723E32D716EF91FBE | 02-07-2022 06:53:57 | Blacked | 02-05-2022 | 02-14-2022 | PA0002335503 |
| 20 | Info Hash: D4F4CB87CF6C9F5B302AEB41BD1901396245154E<br>File Hash: CB502BFCF04BDAE0BB88F6699859AFE62825B44BC764C9A7EEDE96882721EFA5 | 01-26-2022 07:12:35 | Tushy | 01-23-2022 | 02-14-2022 | PA0002335464 |
| 21 | Info Hash: 2B3A6FB4A574398B97B75729900654F46097C686<br>File Hash: 8A4FFA7A1B8F147CFF88E879A3C887B7EFFE7A67837564BCDDC5811D14E45407 | 01-19-2022 07:09:38 | Vixen | 01-14-2022 | 03-04-2022 | PA0002345789 |
| 22 | Info Hash: 6AECD64092F17E9085560DDF13411F5C617EA4B6<br>File Hash: 610911B0A03EFBB6F914E6246EC1B563648E7485563C7EF78A4D2655F2D0B9DE | 12-03-2021 06:50:29 | Tushy | 11-28-2021 | 02-14-2022 | PA0002335497 |
| 23 | Info Hash: B0B73F7A0F68AE2A0BF8B9FA747E49B3D635D382<br>File Hash: 572AC2FA53AA57847D04D3147E9003F1DD21A6BDB57EB637CC29D4185D2B09E4 | 11-22-2021 06:13:21 | Tushy | 11-07-2021 | 11-11-2021 | PA0002321317 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: D1E9777E67C9341EDDCA1915A749026CC2307DB6<br>File Hash: 21CDED7FB317274770D07E001AB2481E1EA2D946800B7787A59F61272DEF94CD | 10-31-2021 08:10:25 | Tushy | 10-24-2021 | 11-11-2021 | PA0002321315 |
| 25 | Info Hash: 5EF5E7587779A60CF3BA49CED6EFA0BAA4AE9086<br>File Hash: CCE9ABA0858A8190CAF6D07329F272E63316C702F19E61F27A8B603298B11E7B | 10-22-2021 06:06:18 | Blacked | 10-31-2020 | 11-24-2020 | PA0002265967 |
| 26 | Info Hash: DB36A63BDF54F82FEB476FC9054466F942B5C14D<br>File Hash: 2AC36A6CC2AF4F2EACC724A4295EB5F19809D17B1FE1F4E5E7C96F6486AB66CD | 10-14-2021 05:50:59 | Blacked | 10-09-2021 | 10-19-2021 | PA0002317059 |
| 27 | Info Hash: 0CC8F28020579F7BB05DFAE555ECAB0C543621D1<br>File Hash: 2960204632BA98119BB0A538382063A029165A9C1CFFA8A169FD89DE598ECD4D | 10-14-2021 05:29:38 | Tushy | 10-10-2021 | 12-03-2021 | PA0002333661 |
| 28 | Info Hash: BE759F6A958267C1A4C7E1B93F63ECB0B0EE0A46<br>File Hash: 4CA71F7DF19396D03CFAE2047B41EE8B846297AC0CD7DF5EB885A7BA9879C004 | 10-06-2021 08:01:29 | Vixen | 05-21-2021 | 06-03-2021 | PA0002299688 |
| 29 | Info Hash: 7012EC3C7C413CB0536E00EB1C840A5E26DE92B6<br>File Hash: 049F3318005FAD7775856319649CC208159DFA975FCA1B21A575990FC7B8B882 | 10-06-2021 07:59:25 | Blacked Raw | 07-19-2021 | 08-23-2021 | PA0002308404 |
| 30 | Info Hash: 752E7DEB87A02334B5649EE1FC8F0D941D627158<br>File Hash: 71B09A393C031EA3C4E064DF8E2A8D683B27DDB53606D4942CBE12A690354ED8 | 08-25-2021 07:04:31 | Tushy | 08-19-2021 | 10-05-2021 | PA0002315293 |
| 31 | Info Hash: 71D2D29AD1EC84E95C3EC6E1CAEDD6A2595FF48B<br>File Hash: FBBEC96AB34618E8209282048601343DC436F5AA83CAD376ABD85F8CEA28459B | 07-19-2021 07:06:43 | Tushy | 05-30-2021 | 06-24-2021 | PA0002303168 |
| 32 | Info Hash: BDD8DFE941553C738B3BB2B933B08A37F415084E<br>File Hash: EA779EC9A0B89E90A68B48717EE67C11B782E39F2A183E8A503BE2AF9F448AD5 | 06-12-2021 04:27:37 | Tushy | 06-06-2021 | 06-15-2021 | PA0002296921 |
| 33 | Info Hash: 96B3628EFA7DF33F1BEB4DAD1855B4125CC9F71F<br>File Hash: C73C4EBCF120B06461B10401591AD60A4689546CEC9EF574D1FA2B5FE37D8BAB | 05-16-2021 07:46:15 | Tushy | 04-25-2021 | 06-09-2021 | PA0002295582 |
| 34 | Info Hash: 4D1E937059E78109E9C929FD10A92D05CBDD6A5B<br>File Hash: 6514396893ACE2CFC3D8ACAE8238657C4D235A9126C2AC62859D6FD95ECC0F59 | 04-13-2021 22:05:21 | Tushy | 04-11-2021 | 04-27-2021 | PA0002288948 |
| 35 | Info Hash: D96EA595522F63ADD33B6B3CE85F8FC0AE41B1C2<br>File Hash: EAFDBDE4FE4569DB61BB6DA689D6BCF4048536B068DB2E7F9436198EC61D0413 | 03-17-2021 04:38:04 | Tushy | 03-14-2021 | 03-22-2021 | PA0002282514 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 0D5542068D193F2BB34F2EC1055C36F293AE0BD2<br>File Hash:<br>337F29D4BB8DF63EBF303D179185181E58420067DE0F9B04182060C651D20512 | 02-07-2021 18:33:32 | Tushy | 01-24-2021 | 02-26-2021 | PA0002283696 |
| 37 | Info Hash: 89AA2665D3899885EAEA7F5A2C918A5C0A1E5C5A<br>File Hash:<br>6B7EF1B84F8E2C5A6B7FA99CF3ACD25162F15ECBD3521CF53813B3082486952D | 12-27-2020 07:43:54 | Tushy | 12-13-2020 | 12-28-2020 | PA0002269085 |
| 38 | Info Hash: A69CFD12CD8781FE5C648DD86E14DCE729F90D65<br>File Hash:<br>56D3EBD1B25C8FB12E0089C9F2477ECFB7CB0E7B0CE59A7DC3CEC4B9BCA5FCF7 | 12-22-2020 08:15:42 | Tushy | 10-18-2020 | 11-05-2020 | PA0002263388 |
| 39 | Info Hash: BF90C6D1B3C85C2F0D54127979837F539D753821<br>File Hash:<br>4F4CE01670E87386E959A04EB6B5BC51679C5F5D9DD0D6226475E2F200FB7172 | 12-14-2020 07:41:02 | Tushy | 12-06-2020 | 12-28-2020 | PA0002269080 |
| 40 | Info Hash: 3191681C58BD7644E78F6498C50CEE6B723C5171<br>File Hash:<br>7273028B35C11CBC3E3D63D233DBC281A469C7D11FDC41F8B4EA97149838ECD5 | 09-19-2020 08:01:41 | Tushy | 09-14-2020 | 09-29-2020 | PA0002258682 |
| 41 | Info Hash: DE2C3995024B4D079497396648B3964395D7F84B<br>File Hash:<br>5165BF04EA47BEA0AE7308E5A2BFB707B6C783D7B7763D8E219062363FCB6F30 | 08-13-2020 06:58:33 | Tushy | 08-09-2020 | 08-31-2020 | PA0002265642 |
| 42 | Info Hash: 009F9C7775B1B08E12B938E7895905234F849C90<br>File Hash:<br>0D295BBD50F5CFBA5900994BA8F45A048390521FD232EC6D662DCD2159635694 | 03-04-2020 05:15:51 | Tushy | 03-01-2020 | 04-15-2020 | PA0002244962 |